IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEENAN LAMAR CLOUD, #14033301, | § § § | |
| Petitioner, | § § | |
| v. | § § | Civil Action No. 3:16-CV-734-L |
| 195th JUDICIAL DISTRICT COURT, and UNIDENTIFIED TRIAL ATTORNEY, | § § § § | |
| Respondents. | § § | |

## ORDER

Before the court is Petitioner Keenan Lamar Cloud's ("Petitioner" or "Cloud") *pro se* civil complaint (hereafter construed as a habeas petition pursuant to 28 U.S.C. § 2241), filed March 15, 2016. The case was referred to Magistrate Judge David L. Horan for screening, who entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on March 17, 2016, recommending that the court construe the action as a habeas petition pursuant to 28 U.S.C. § 2241 and dismiss the petition without prejudice to Cloud's right to pursue available state court remedies. Cloud timely filed objections to the Report on March 31, 2016. Petitioner objects to the sufficiency of the evidence underlying his initial arrest, but he does not address the specific finding of the Report that he has not exhausted his available state court remedies.

Having reviewed the file and record in this case and having made a de novo review of those portions of the Report to which Petitioner objected, the court determines that the findings and conclusions of the magistrate judge are correct and **accepts** them as those of the court. The court,

therefore, **overrules** Petitioner's objections to the Report. Accordingly, the court **dismisses** the petition **without prejudice** to Cloud's right to pursue available state court remedies.

Given that this case is construed as seeking relief under 28 U.S.C. § 2241, the court notes that no certificate of appealability is required to appeal. *See Ojo v. I.N.S.*, 106 F.3d 680, 681 (5th Cir. 1997). In the event Petitioner will file a notice of appeal, the court notes that he must pay the filing fee of $505 or file a motion for leave proceed *in forma pauperis* on appeal.

**It is so ordered** this 25th day of April, 2016.

                                              Sam A. Lindsay
                                              United States District Judge